**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 115 EAL 2023

                 Respondent         :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

            v.                     :
                                     :

NICOLE KELLY,                      :

                 Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.